## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC., <br><br> Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION, et al., <br><br> Defendants. | C.A. No. 15-614-RGA |

### TQ DELTA'S MOTION TO COMPEL DISH TO PROVIDE DISCOVERY REGARDING DISH'S CONTROL OF THE ACCUSED PRODUCTS

Pursuant to Fed. R. Civ. P. 37(a)(1), Plaintiff TQ Delta, LLC ("TQ Delta") hereby moves the Court for an Order compelling Defendants DISH Network Corporation, DISH Network L.L.C., DISH DBS Corporation, EchoStar Corporation, and EchoStar Technologies, L.L.C. (collectively "DISH") to provide full and complete discovery regarding DISH's control of its Accused MoCA Products.

Pursuant to the Court's Order Appointing Special Master (D.I. 287) and Special Master Order #1 (D.I. 289), only this Motion and a [Proposed] Order are being filed with the Court. Pursuant to Special Master Order #1 (D.I. 289), TQ Delta's three-page letter brief and attachments are being sent directly to the Special Master and served on counsel for all parties.

Dated: December 13, 2021

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor

Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Peter J. McAndrews (admitted pro hac vice)
Thomas J. Wimbiscus (admitted pro hac vice)
Scott McBride (admitted pro hac vice)
Rajendra A. Chiplunkar (admitted pro hac vice)
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000
(312) 775-8100 (Fax)
pmcandrews@mcandrews.com