

March 14, 2022

**VIA E-FILING**
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

    RE:    *TQ Delta, LLC v. DISH Network Corporation, et al.,*
                **(C.A. 15-cv-614-RGA)**

Dear Judge Andrews:

    Plaintiff writes regarding its Motion to Compel ("Motion to Compel") (D.I. 358). At this time, as a result of a subsequent production from Defendants, Plaintiff does not intend to pursue this Motion any further and it is withdrawn.

    We are available at the Court's convenience should Your Honor have any questions.

    Respectfully submitted,

    /s/ Michael J. Farnan

    Michael J. Farnan

cc: Counsel of Record (Via E-Filing)