IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TQ DELTA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 15-611 (RGA) |
| | ) | |
| v. | ) | |
| | ) | |
| COMCAST CABLE COMMUNICATIONS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| TQ DELTA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 15-612 (RGA) |
| | ) | |
| v. | ) | |
| | ) | |
| COXCOM LLC and COX COMMUNICATIONS INC., | ) | |
| | ) | |
| Defendants. | ) | |
| TQ DELTA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 15-614 (RGA) |
| | ) | |
| v. | ) | |
| | ) | |
| DISH NETWORK CORPORATION, DISH NETWORK LLC, DISH DBS CORPORATION, ECHOSTAR CORPORATION, and ECHOSTAR TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| TQ DELTA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 15-615 (RGA) |
| | ) | |
| v. | ) | |
| | ) | |
| TIME WARNER CABLE INC. and TIME WARNER CABLE ENTERPRISES LLC, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| TQ DELTA, LLC, | ) |
|             Plaintiff, | ) C.A. No. 15-616 (RGA) |
|             v. | ) |
| VERIZON SERVICES CORP., | ) |
|             Defendant. | ) |

**NOTICE REGARDING NON-FINAL REJECTION OF ALL ASSERTED CLAIMS IN *EX PARTE* REEXAMINATIONS**

Further to the Defendants' May 18, 2021 Notice Regarding *Ex Parte* Reexaminations (*see, e.g.,* C.A. No. 15-611, D.I. 262), Defendants provide the following further update to the Court regarding the pending *ex parte* reexamination petitions against the remaining claims of the asserted patents, U.S. Patent No. 8,718,158 ("the '158 patent") and U.S. Patent No. 9,014,243 ("the '243 patent").

On May 3, 2022, the United States Patent and Trademark Office ("USPTO") issued Non-Final Office Actions rejecting all challenged claims in both of the pending *ex parte* reexamination proceedings. The rejected claims include all remaining asserted claims in these cases. Copies of the Office Actions are attached hereto as Exhibits A and B.

Defendants reached out to Plaintiff about jointly requesting a stay in these cases pending the *ex parte* reexamination proceedings. Plaintiff declined. Defendants therefore will keep the Court apprised of the status of the pending reexamination proceedings, and may seek to stay the case at the appropriate time in the future, in accordance with the Court's April 13, 2021 Order (C.A. No. 15-611, D.I. 253).

OF COUNSEL:

L. Norwood Jameson
Matthew C. Gaudet
David C. Dotson
John R. Gibson
Jennifer H. Forte
DUANE MORRIS LLP
1075 Peachtree Street N.E., Suite 1700
Atlanta, GA 30309-3929
(404) 253-6900

Joseph A. Powers
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000

John M. Baird
DUANE MORRIS LLP
505 9th Street, N.W., Suite 1000
Washington, DC  2004-2166
(202) 776-7819

Stephanie Vazquez
DUANE MORRIS LLP
201 S. Biscayne Boulevard, Suite 3400
Miami, FL, 33131-4325
(305) 960-2200

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Defendants Comcast Cable Communications LLC, CoxCom LLC, Cox Communications Inc., Time Warner Cable Inc., and Time Warner Cable Enterprises LLC*


GREENBERG TRAURIG, LLP

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7352
schladweilerb@gtlaw.com

*Attorneys for Defendant Verizon Services Corp.*

3

OF COUNSEL:

Ruffin B. Cordell
Adam R. Shartzer
Brian J. Livedalen
Jack R. Wilson
Matthew P. Mosteller
Daniel Y. Lee
FISH & RICHARDSON P.C
1000 Maine Ave. SW, Suite 1000
Washington, DC 20024
(202) 783-5070

John-Paul Fryckman
FISH & RICHARDSON P.C
12860 El Camino Real, Suite 400
San Diego, CA 92130
(858) 678-5070

May 11, 2022

FISH & RICHARDSON P.C

*/s/ Nitika Gupta Fiorella*
Nitika Gupta Fiorella (#5898)
Warren K. Mabey, Jr. (#5775)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
fiorella@fr.com
mabey@fr.com

*Attorneys for Defendants DISH Network Corporation, DISH Network L.L.C., DISH DBS Corporation, and EchoStar Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 11, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *BY ELECTRONIC MAIL* |
| Peter J. McAndrews, Esquire<br>Paul W. McAndrews, Esquire<br>Thomas J. Wimbiscus, Esquire<br>Scott P. McBride, Esquire<br>Rajendra A. Chiplunkar, Esquire<br>Ashley M. Ratycz, Esquire<br>David Z. Petty, Esquire<br>Andrew B. Karp, Esquire<br>Alan M. Montera, Esquire<br>MCANDREWS, HELD & MALLOY, LTD.<br>500 West Madison Street, 34th Floor<br>Chicago, IL  60661<br>*Attorneys for Plaintiff* | *BY ELECTRONIC MAIL* |
| Blake T. Dietrich, Esquire<br>JACKSON WALKER LLP<br>2323 Ross Avenue, Suite 600<br>Dallas, TX  75201<br>*Attorneys for Plaintiff* | *BY ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)