IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION,<br>DISH NETWORK LLC,<br>DISH DBS CORPORATION,<br>ECHOSTAR CORPORATION, and<br>ECHOSTAR TECHNOLOGIES, L.L.C.<br><br>　　　　　Defendants. | C.A. No. 15-614 (GBW) |

### MOTION #2: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants DISH Network Corporation, DISH Network L.L.C., DISH DBS Corporation, EchoStar Corporation, and DISH Technologies L.L.C.[1] (collectively "Defendants" or "DISH") hereby move this Court for summary judgment that the asserted claims of the U.S. Patent Nos. 8,718,158 and 9,014,243 are not infringed. The grounds for this motion are set forth in Defendants' opening brief filed contemporaneously herewith.

Dated: September 11, 2024

FISH & RICHARDSON P.C.

By:　*/s/ Nitika Gupta Fiorella*
　　Nitika Gupta Fiorella (Bar No. 5898)
　　Warren K. Mabey, Jr. (Bar No. 5775)
　　222 Delaware Ave., 17th Floor
　　Wilmington, DE 19801
　　Telephone: (302) 652-5070
　　fiorella@fr.com
　　mabey@fr.com

---

[1] On February 2, 2018, Defendant, EchoStar Technologies L.L.C., a Texas Limited Liability Company, was converted to DISH Technologies L.L.C., a Colorado Limited Liability Company.

1

Ruffin B. Cordell
Adam R. Shartzer
Brian J. Livedalen
Jack R. Wilson
Daniel Y. Lee
**FISH & RICHARDSON P.C**
1000 Maine Ave. SW, Suite 1000
Washington, DC 20024
Telephone: 202-783-5070
cordell@fr.com
shartzer@fr.com
livedalen@fr.com
jwilson@fr.com
lee@fr.com

*Attorneys for Defendants DISH Network Corporation, DISH Network L.L.C., DISH DBS Corporation, EchoStar Corporation, and DISH Technologies L.L.C.*