IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION,<br>DISH NETWORK LLC,<br>DISH DBS CORPORATION,<br>ECHOSTAR CORPORATION, and<br>ECHOSTAR TECHNOLOGIES, L.L.C.<br><br>        Defendants. | C.A. No. 15-614 (GBW)<br><br>REDACTED |

**DEFENDANTS' CONCISE STATEMENT OF FACTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
OF PATENT INELIGIBILITY**

Dated: September 11, 2024

Nitika Gupta Fiorella (Bar No. 5898)
Warren K. Mabey, Jr. (Bar No. 5775)
**FISH & RICHARDSON P.C.**
222 Delaware Ave., 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
fiorella@fr.com
mabey@fr.com

Ruffin B. Cordell
Adam R. Shartzer
Brian J. Livedalen
Jack R. Wilson
Daniel Y. Lee
**FISH & RICHARDSON P.C**
1000 Maine Ave. SW, Suite 1000
Washington, DC 20024
Telephone: 202-783-5070
cordell@fr.com
shartzer@fr.com
livedalen@fr.com
jwilson@fr.com
lee@fr.com

*Attorneys for Defendants DISH Network
Corporation, DISH Network L.L.C., DISH DBS
Corporation, and EchoStar Corporation*

DISH sets forth certain facts as characterized by the Asserted Patents and the named inventor of the Asserted Patents, Marcos Tzannes. Even assuming all doubts are resolved in TQ Delta's favor—as the Court must at the summary judgment phase—DISH's motion should be granted. DISH reserves the right to otherwise dispute or clarify Mr. Tzannes's characterizations. The exhibit numbers referenced herein are to the Declaration of Nitkia Fiorella, filed simultaneously with this statement of facts.

### A. The Asserted Patents Recite Well-understood, Routine, and Conventional, Claim Elements

1. TQ Delta, LLC ("TQD") asserts infringement of U.S. Patent No. 9,014,243 ("the '243 Patent") (D.I. 134-3) and U.S. Patent No. 8,718,158 ("the '158 Patent") (D.I. 134-2), collectively the "Asserted Patents."

2. The Asserted Patents share a common specification (D.I. 134-2, D.I. 134-3) that claims priority to a November 9, 1999 provisional application, U.S. Provisional Patent Application 60/164,134 (Ex. 13). D.I. 134-3 ('243 Patent) at 1:7-22; D.I. 134-2 ('158 Patent) at 1:8-24.

3. For the '243 Patent, TQD asserts independent claims 1, 7, 13, and 20 and dependent claims 2, 8, 12, and 14-15 ("the '243 Asserted Claims").

4. For the '158 Patent, TQD asserts independent claim 1 and dependent claims 6 and 9 ("the '158 Asserted Claims") (the '243 and '158 Asserted Claims, collectively, the "Asserted Claims").

5. Multicarrier modulation systems (which transmit data between transceivers) were conventional in the field before the alleged priority date of the '158 and '243 Patents (the "Asserted Patents"). D.I. 134-3 ('243 Patent) at 1:26-59.

6. The specification of the Asserted Patents describes the common data transmission environment and expected operation of conventional multicarrier communications systems. D.I. 134-3 ('243 Patent) at 1:26-59.

7. Bit scramblers were conventional and well known for use in multicarrier communications systems at the time of the Asserted Patents. D.I. 134-3 ('243 Patent) at 1:48-64, 5:5-13.

8. At the time of the Asserted Patents, it was known to use a bit scrambler to assure the randomness of the phases of the carrier signals. '243 Patent, 1:1:48-59; *id.* at 2:17-27.

9. At the time of the Asserted Patents, modulating the same bit redundantly on two carrier signals was a well-known method in conventional multicarrier modulation to reduce errors. Ex. 13 ('134 Provisional) p. 2.

10. Named inventor Marcos Tzannes did not invent the principle that randomizing phase in a multicarrier system would improve PAR. Ex. 14 (2021-09-24 Tzannes Dep. Tr.) at 359:19-24.

11. It was known in the prior art at the time of the Asserted Patents that randomizing phase of carrier signals could reduce PAR, and conventional prior art devices did so. Ex. 14 (2021-09-24 Tzannes Dep. Tr.) at 359:8-24, 356:17-358:23.

12. Conventional prior art devices in the prior art at the time of the Asserted Patents randomized the phase of carrier signals could reduce PAR. Ex. 14 (2021-09-24 Tzannes Dep. Tr.) at 359:8-24, 356:17-358:23.

13. At the time of the Asserted Patents, the use of bit scramblers was a conventional way known in the field for reducing PAR. Ex. 14 (2021-09-24 Tzannes Dep. Tr.) at 359:8-18, 356:17-358:23.

14. At the time of the Asserted Patents, multicarrier modulator systems/techniques were well understood, routine, and conventional to a person of ordinary skill in the art. Ex. 14 (2021-09-23 Tzannes Dep. Tr.) at 106:19-107:12, 220:13-16.

15. At the time of the Asserted Patents, transmission of the same data on multiple carriers was well understood, routine, and conventional to a person of ordinary skill in the art. Ex. 14 (2021-09-23 Tzannes Dep. Tr.) at 117:16-118:11.

16. At the time of the Asserted Patents, modulating the same data on more than one carrier was well understood, routine, and conventional to a person of ordinary skill in the art. Ex. 14 (2021-09-23 Tzannes Dep. Tr.) at 223:25-224:4.

17. At the time of the Asserted Patents, transmission of a plurality of data bits from a first transceiver to a second transceiver. Ex. 14 (2021-09-23 Tzannes Dep. Tr.) at 220:17-221:5.

18. At the time of the Asserted Patents, pseudo-random number generators and generating a value using a pseudo-random number generator was well understood, routine, and conventional to a person of ordinary skill in the art. Ex. 14 (2021-09-23 Tzannes Dep. Tr.) at 177:13-181:9; 221:12-15.

19. At the time of the Asserted Patents, associating a carrier signal with a value was well understood, routine, and conventional to a person of ordinary skill in the art. Ex. 14 (2021-09-23 Tzannes Dep. Tr.) at 221:23-222:14, 223:18-24.

20. At the time of the Asserted Patents, using a bit scrambler in multicarrier communications to reduce PAR was well understood, routine, and conventional to a person of ordinary skill in the art. Ex. 14 (2021-09-23 Tzannes Dep. Tr.) at 108:24-109:9, 110:15-111:23, 224:15-19.

| | |
|---|---|
| Dated: September 11, 2024 | **FISH & RICHARDSON P.C.** |
| | By:    */s/ Nitika Gupta Fiorella* |
| | Nitika Gupta Fiorella (Bar No. 5898) |
| | Warren K. Mabey, Jr. (Bar No. 5775) |
| | 222 Delaware Ave., 17th Floor |
| | Wilmington, DE 19801 |
| | Telephone: (302) 652-5070 |
| | fiorella@fr.com |
| | mabey@fr.com |
| | |
| | Ruffin B. Cordell |
| | Adam R. Shartzer |
| | Brian J. Livedalen |
| | Jack R. Wilson |
| | Daniel Y. Lee |
| | **FISH & RICHARDSON P.C.** |
| | 1000 Maine Ave. SW, Suite 1000 |
| | Washington, DC 20024 |
| | Telephone: 202-783-5070 |
| | cordell@fr.com |
| | shartzer@fr.com |
| | livedalen@fr.com |
| | jwilson@fr.com |
| | lee@fr.com |
| | |
| | *Attorneys for Defendants DISH Network Corporation, DISH Network L.L.C., DISH DBS Corporation, and EchoStar Corporation* |

4