**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TQ DELTA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION,<br>DISH NETWORK LLC,<br>DISH DBS CORPORATION,<br>ECHOSTAR CORPORATION, and<br>ECHOSTAR TECHNOLOGIES, L.L.C.,<br><br>Defendants. | Civil Action No. 15-614-GBW |

# ORDER

At Wilmington, this 22nd day of October 2026:

WHEREAS, the Court has previously ordered the parties to rank their summary judgment motions in the above-captioned cases (D.I. 687 at 2);

WHEREAS, the Court has previously ordered that, "[i]f the Court decides to deny a motion filed by Plaintiff or Defendants, respectively, barring exceptional reasons determined *sua sponte* by the Court, the Court will not review any lower ranked summary judgment motions filed by that side," (D.I. 687 at 2); and

WHEREAS, the Court has denied a summary judgment motion filed by each side, (D.I. 745 (denial of Plaintiff's First Summary Judgment Motion); D.I. 751 (denial of Defendants' Second Summary Judgment Motion);

WHEREFORE, IT IS HEREBY ORDERED that the following summary judgment motions are **DENIED**:

1. D.I. 552: Plaintiff's Motion for Summary Judgment #2 Concerning IPR Estoppel.

2. D.I. 556: Plaintiff's Motion for Summary Judgment No. 3 Concerning Prior Art-Based Invalidity Defense.

3. D.I. 695: Defendants' Motion for Summary Judgment of Invalidity Based on Indefiniteness (MSJ No. 3).

IT IS FURTHER ORDERED THAT Defendants' Motion to Strike the Declaration of Dr. Madisetti (D.I. 648) is **DENIED-AS-MOOT**.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE