**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TQ DELTA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION,<br>DISH NETWORK LLC,<br>DISH DBS CORPORATION,<br>ECHOSTAR CORPORATION, and<br>ECHOSTAR TECHNOLOGIES, L.L.C.,<br><br>Defendants. | Civil Action No. 15-614-GBW |

**ORDER**

AND NOW, this 22nd day of October 2026 and based on the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that

1. Defendants Dish Network Corporation, Dish Network LLC, Dish DBS Corporation, EchoStar Corporation, and EchoStar Technologies, L.L.C. ("Defendants") Motion to Exclude the Opinions of Plaintiff's Damages Expert Catharine M. Lawton (D.I. 557) is **GRANTED.**

2. Plaintiff TQ Delta LLC ("Plaintiff") is **GRANTED** leave to obtain and serve a new damages expert report that cures the identified deficiencies. That means that Plaintiff is permitted to serve a supplemental damages expert report on Defendants by replacing the evidence excluded from Ms. Lawton's report with other evidence that was disclosed in Plaintiff's operative damages contentions and/or previously produced to Defendants during discovery in this action. If Plaintiff chooses to do so, Defendants may depose Ms. Lawton about the subject matter raised in her

supplemental report, and Defendants may file a rebuttal report. The parties **SHALL** meet and confer and, no later than October 30, 2026, file a joint proposed schedule concerning any supplemental expert damages reports and supplemental expert discovery so as to not interfere with the scheduled trial date in this action.

3. Plaintiff's Motion to Preclude Certain Damages-Related Expert Opinions (D.I. 581) ("Plaintiff's *Daubert* Motion") is **GRANTED-IN-PART** and **DENIED-IN-PART**. Specifically, Plaintiff's *Daubert* Motions is **DENIED** with respect to Dr. Wicker's testimony regarding apportionment and **GRANTED** in all other respects.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE